# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

United States of America
v.
MICHAEL LIONELL PAIGE

Defendant(s)

Case No. 1:26-mj- 383

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September and October 2026 in the county of Hamilton in the Eastern District of Tennessee, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | coercion and enticement of a minor |
| 18 U.S.C. § 2252A(a)(1) | transport of material constituting or containing child pornography |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Heidi Ann Fuller, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 23, 2026

*Judge's signature*

City and state: Chattanooga, Tennessee

Mike Dumitru, United States Magistrate Judge

*Printed name and title*

I, Heidi Ann Fuller, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Knoxville Division, Chattanooga, Tennessee Resident Agency. I have been employed as a Special Agent for 6 years. As a federal agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have investigated federal criminal violations related to civil rights, public corruption, complex financial crimes, criminal enterprises, and crimes against children. I have received formal training and have participated in numerous search warrants in a variety of investigative matters. Specifically, I have participated in numerous investigations of crimes against children and have learned the activities, procedures, habits, and methods employed by child sex offenders and child pornographers.

2. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement agencies and partners, and on my experience and training as a Special Agent of the FBI. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2422(b), attempted enticement of a minor, and 2252A(a)(1), transport of material constituting or containing child pornography.

3. This affidavit is made in support of an application for an arrest warrant for Michael Lionell Paige (Paige), whose date of birth was in October 1987 and resides at 1705 Link Avenue, Orange, TX.

## PROBABLE CAUSE

There is probable cause to believe that MICHAEL LIONELL PAIGE violated Title 18, United States Code, Sections 2422(b) and 2252A(a)(1), attempted enticement of a minor and transport of child pornography, and that he violated these statutes based on the facts set forth below.

4. On September 20, 2026, in the Signal child sexual abuse material (CSAM) trading room entitled "Blue Diamond," an FBI employee acting in an undercover capacity (UCE) observed Signal user "Michael P" distribute 15 CSAM videos that depicted pre- and postpubescent boys engaged in sexually explicit activity for all members to access. In direct chat with this user, the user informed the UCE they were from Texas. On September 24, 2026, the UCE observed Michael P distribute an additional 10 child pornography/CSAM videos into the room depicting the same conduct.

5. On September 28, 2026, a URL link was deployed which, when accessed by Michael P, revealed that he was utilizing IP 2603:8083:3700:89a3:294f:abe7:371a:1536 Port Number: 38094, which belongs to Spectrum, on an Android device out of Orange, Texas. A subpoena return from Charter for this address and port number led to the following subscriber:

Henrietta Paige
Address: 1705 LINK AVE, ORANGE, TX
Service dates: 02/20/2026-10/05/2026

6. An Accurint search for the Charter subscriber led to the identification of a relative of Henrietta Paige connected to the residence. This individual is further identified as being:

Michael Lionell Paige
DOB: 10/24/1987

7. On October 21, 2026, Michael P in direct message with the UCE distributed 5 child pornography/CSAM images of a male whom the user stated was a 13-year-old boy he was

"talking to." The 3 images and 2 videos depicted the minor's penis and the minor masturbating. On the same date, Michael P informed the UCE he was into boys aged 8-15 and that he "messed around with" his nephew when his nephew was 12. Michael P stated that he penetrated his nephew. The UCE informed Michael P that he was active with his 8-year-old nephew and described sexually explicit activity such as "penetration of the" notional child "with finger and tongue," to which Michael P replied, "Nice would love to see that". The following conversation then occurred:

| | |
|---|---|
| UCE: | Mmm I don't have any on my phone but could take some next time I'm around him like that if you want |
| MP: | Ok that sounds good |
| UCE: | Would you prefer like me rimming him or like sucking him? He's 8 so he doesn't get too hard but does get semi where you can see some extension |
| MP: | Both would be nice |
| UCE: | K I'll take some quick vids or would you want to do like a live stream |
| MP: | Vids would be good |

Michael P and the UCE also discussed similar activities occurring together with the notional child when he was able to take off work. Michael P during the conversation sent several identifying selfies of himself to the UCE such as partial face shots, full body shots to include erect penis, and bathroom and bedroom backgrounds.

8. On October 23, 2026, Michael P provided his mobile number to the UCE, which he stated was 409-330-0579. This number was found to be subscribed by Paige based off an Accurint subscriber search and T-Mobile subpoena return. Paige also informed the UCE that he worked at Golden Chicken in Orange, Texas, a fast-food fried chicken restaurant. Additionally, on October 25, 2026, in the Blue Diamond group, the UCE observed Paige distribute an additional 10 videos depicting young teen males engaged in sexually explicit activity solo or with adult males, and, on October 30, 2026, the UCE observed Paige distribute two videos into

the Signal child pornography trading room entitled "Pedo Haven". The videos depicted who the UCE believes, based off body composition, to be Michael Paige masturbating while displaying another screen that is broadcasting two separate boys engaged in sexually explicit activity on a separate device.

9. An X page was also discovered for Paige, username "@MichaelPaie9cz". On this profile Paige posted an image of his erect penis and a masturbation video along with a Zangi Private Number 67-3001-8805 which is another encrypted messaging application. In Paige's contacts, he was found to be friends with "@urfavpuppyboyyy," who advertised direct message "trades" and who listed his Telegram account as being "@iloveboyssss." On October 27, 2026, after discussing traveling to Texas to engage in mutual sexual contact with the notional 8-year-old child, the UCE stated he would like to send some items ahead of his and the notional child's travel down to Texas, as the UCE felt uncomfortable flying them. Paige provided his residential address as 1705 Link Avenue, Orange, TX. Paige also informed the UCE that there were two hotels close by they could stay at.

**CONCLUSION**

Based on the foregoing, there is probable cause to believe that MICHAEL LIONELL PAIGE has violated Title 18, United States Code, Sections 2422(b) and 2252(a)(1), attempted enticement of a minor and transport of material constituting or containing child pornography.

10. Your Affiant respectfully requests the Court issue an arrest warrant for Michael Lionell Paige.

Heidi Ann Fuller
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me.

Mike Dumitru
United States Magistrate Judge